**Rosalie A. SMITH, Plaintiff–Appellant,**

v.

**METROPOLITAN LIFE INSURANCE COMPANY, Defendant–Appellee,**

and

**Novant Health Incorporated, a/k/a Presbyterian Health Services Corporation, Defendant.**

No. 01–2150.

United States Court of Appeals,
Fourth Circuit.

Submitted March 6, 2002.

Decided March 15, 2002.

J. Lynn Bishop, Charlotte, North Carolina, for Appellant. Alvin Pasternak, Susan Elizabeth Belmont, Metropolitan Life Insurance Company, New York, New York, for Appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Rosalie A. Smith appeals the district court's order dismissing her civil action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Smith v. Metropolitan Life Ins. Co.*, No. CA–99–26–3–V (W.D.N.C. Sept. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*